COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In re Debra Shifflet and George Shifflet, Relators

Appellate case number:      01-14-00929-CV

Trial court case number:    2004-37975

Trial court:              310th Judicial District Court of Harris County

On November 19, 2014, relators, Debra Shifflet and George Shifflet, filed a petition for writ of mandamus challenging the trial court's October 22, 2014 oral order made during a hearing on the motion to dismiss filed by real party in interest Dawn Renee Cantrell in the above-referenced trial cause number. The trial court granted the motion to dismiss the relators' petition in intervention in the suit to modify the parent-child relationship, as to the child T.S.M., for lack of standing.

Accordingly, because no response has been filed yet, we **ORDER** that the real parties in interest respond to the petition for writ of mandamus **within 20 days of the date of this order.** *See* TEX. R. APP. P. 52.8(b)(1).

It is so ORDERED.


Judge's signature: /s/ <u>Laura C. Higley</u>
                          ☒ Acting individually    ☐ Acting for the Court

Date: November 20, 2014